IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KADIR GUNDUZ, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Civil Action No. 07-780 |
| U.S. CITIZENSHIP and IMMIGRATION SERVICES, et al., | ) ) ) ) ) |
| Defendants. | ) |

AMBROSE, Chief District Judge.

## MEMORANDUM OPINION

Plaintiff filed a Motion to Correct the Record. (Docket No. 21). Specifically, Plaintiff states that he "does not wish to contest or dispute this Court's ruling on the Motion to Stay," but would like to correct the record with regard to a fact set forth therein. *Id.* at 1. In his Motion to Stay Proceedings Pending Plaintiff's Appeal of I-360 Revocation, Plaintiff stated as follows: "On November 4, 2007, Plaintiff Gunduz filed an appeal of the USCIS' revocation of the I-360 Petition with the Administrative Appeals Office ("AAO")." (Docket No. 15. p.2). Plaintiff now informs the court that he did not file the appeal but rather that it was in fact filed by The Islamic Center of Pittsburgh. (Docket No. 21, p. 1). "It was not Plaintiff Gunduz's intent to state or imply that he was the Petitioner in said appeal." *Id.* at 2. Defendant does not wish to file a response to the same.

THEREFORE, this _19th_ day of December, 2007, it is ordered that Plaintiff's

Motion to Correct the Record (Docket No. 21) is granted and any statement in the Order dated December 11, 2007 (Docket No. 20), that Kadir Gunduz is the Petitioner in the pending appeal of the revocation of his I-360 Petition is corrected to that the Petitioner in said appeal is the Islamic Center of Pittsburgh.

BY THE COURT:

/S/   Donetta W. Ambrose

Donetta W. Ambrose,
Chief U. S. District Judge